## SANDERS *v.* WOOLF.

JUDGMENT AFFIRMED ON THE AUTHORITY OF KLOPENSTEIN v. WOOLF, decided at this term, *ante*, p. 426.

APPEAL from the third district court. The opinion states the facts.

*Woods & Hoffman,* for the appellant.

*Dickson & Varian,* for the respondent.

EMERSON, J.:

The facts in this case are identical with those in the case of *Klopenstein* v. *Woolf,* decided at this term. For the reasons there given, the judgment of the lower court is affirmed.

HUNTER, C. J., and TWISS, J., concurred.